**PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI,**
Interpleader Plaintiff,

v.

**UNITED STATES of America; John J. Sanderson, Interested Parties.**

**John J. Sanderson, Appellant,**

v.

**United States of America, Appellee.**

No. 05–2802.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 8, 2006.

Filed: Aug. 16, 2006.

John J. Sanderson, Lee Summit, MO, pro se.

Robert W. Metzler, Annette M. Wietecha, Rachel I. Wollitzer, Kristin Hope

Hodges, U.S. Department of Justice Tax Division, Washington, DC, for Appellee.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

John J. Sanderson appeals from the district court's[1] dismissal of his counterclaims against the United States in this interpleader action filed by the Public School Retirement System of Missouri. The government has filed a motion for sanctions to partially cover its expenses in defending this suit.

After de novo review, *see LeMay v. U.S. Postal Svc.,* 450 F.3d 797, 799 (8th Cir. 2006), we conclude the dismissal was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Regarding the request for sanctions, we may award "just damages" and single or double costs if we determine that an appeal is frivolous. *See* 28 U.S.C. § 1912; Fed. R.App. P. 38. In this case, we find that Sanderson has filed a frivolous appeal raising tax-protester arguments of the kind that he unsuccessfully raised below. In these circumstances, we conclude that sanctions are appropriate. *See United States v. Gerads,* 999 F.2d 1255, 1256–57 (8th Cir.1993) (per curiam) (when appellant brought frivolous appeal based on tax-protester argument, court granted government's motion for sanctions).

Accordingly, we award the government $3,000 in damages.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.